FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 23 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Nowles H. Heinrich
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-73-MKD-1 |
| Plaintiff, | INDICTMENT |
| v. | Vios: 18 U.S.C. §§ 113(a)(3), 1153 Assault with a Dangerous Weapon in Indian Country (Count 1) |
| CASSANDRA GEORGE, | |
| Defendant. | 18 U.S.C. §§ 113(a)(6), 1153 Assault Resulting in Serious Bodily Injury in Indian Country (Count 2) |

The Grand Jury charges:

COUNT 1

On or about May 21, 2022, in the Eastern District of Washington, within the external boundaries of the Confederated Tribes of the Colville Reservation, in Indian Country, the Defendant, CASSANDRA GEORGE, an Indian, did

INDICTMENT – 1

intentionally assault T.T. with a dangerous weapon, to wit: a sharp object, with intent to do bodily harm, all in violation of 18 U.S.C. §§ 113(a)(3), 1153.

COUNT 2

On or about May 21, 2022, in the Eastern District of Washington, within the external boundaries of the Confederated Tribes of the Colville Reservation, in Indian Country, the Defendant, CASSANDRA GEORGE, an Indian, did intentionally assault T.T., resulting in serious bodily injury to T.T., all in violation of 18 U.S.C. §§ 113(a)(6), 1153.

DATED this **23rd** day of May, 2024.

A TRUE BILL



_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Michael Ellis_
Michael J. Ellis
Assistant United States Attorney

_Nowles Heinrich_
Nowles H. Heinrich
Assistant United States Attorney

INDICTMENT – 2