FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASSANDRA GEORGE,<br><br>Defendant. | No. 2:24-CR-00073-MKD<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR PROTECTIVE ORDER RE PERSONNEL FILE DISCOVERY<br><br>**ECF No. 125** |

Before the Court is the Government's Motion for Protective Order re Personnel File Discovery, ECF No. 125. Defendant does not oppose the motion. ECF No. 125 at 1. The Court has reviewed the motion, is fully informed, and grants the motion.

Accordingly, **IT IS ORDERED:**

1. The Government's Motion for Protective Order re Personnel File Discovery, **ECF No. 125**, are **GRANTED**.

2. Defense counsel may show to, and discuss with Defendant, the personnel file discovery;

ORDER - 1

3.    Defense counsel shall not provide originals or copies of the personnel file discovery to Defendant;

4.    Copies of the personnel file discovery may not be left in Defendant's custody;

5.    Any written filings referencing the contents of the personnel file discovery shall be filed under seal;

6.    Defense counsel shall not otherwise provide original or copies of the personnel file discovery to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order and provide copies to counsel

DATED April 22, 2026.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2